O'MELVENY & MYERS LLP
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center
28th Floor
San Francisco, CA  94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

JONATHAN P. SCHNELLER (S.B. #291288)
jschneller@omm.com
REBECCA A. GIROLAMO (S.B. #293422)
rgirolamo@omm.com
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY MOORE, JR and CECELIA LAHR, individually and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>T. ROWE PRICE RETIREMENT PLAN SERVICES, INC,<br><br>              Defendant. | Case No. 22-CV-01673 GPC MDD<br><br>**T. ROWE PRICE RETIREMENT PLAN SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Memorandum of Points and Authorities; Declaration of Sean McCaslin; Declaration of Randall W. Edwards;  Request for Judicial Notice; and [Proposed] Order Filed Concurrently Herewith]<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Hearing Date: March 10, 2023<br>Time: 1:30 PM |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** |

**PLEASE TAKE NOTICE THAT** on March 10, 2023 at 1:30 PM, or as soon thereafter as the matter may be heard, in the United States District Court for the Southern District of California, Courtroom 2D, located at 221 West Broadway, San Diego, California, 92101, before the Honorable Gonzalo P. Curiel, Defendant T. Rowe Price Retirement Plan Services, Inc. ("T. Rowe Price") will and hereby does move the Court for an order dismissing Plaintiffs' Complaint in its entirety.

The Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(1) on the grounds that Plaintiff Lahr lacks standing, and pursuant to Rule 12(b)(6) on the grounds that Plaintiffs fail to allege facts sufficient to state a claim for relief under California Penal Code Section 637.3.

The Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Sean McCaslin, the Declaration of Randall W. Edwards and exhibits thereto, the Request for Judicial Notice, the pleadings and other papers filed in this action, and other written and oral argument as may be allowed or presented to the Court.

DATED:  December 20, 2022

Respectfully submitted,

By: */s/ Randall W. Edwards*
Randall W. Edwards

*Attorneys for Defendant T. Rowe Price Retirement Plan Services, Inc.*