Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GREGORY MOORE, JR & CECELIA LAHR, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

T. ROWE PRICE RETIREMENT PLAN SERVICES, INC.,

Defendant.

CASE No: 3:22-cv-01673-GPC-MDD

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Gregory Moore, Jr and Cecelia Lahr ("Plaintiffs") voluntarily dismisses this action against Defendant T. Rowe Price Retirement Plan Services, Inc ("Defendant") without prejudice.

                                        Respectfully submitted,

Date: February 23, 2023        LAW OFFICE OF DANIEL G. SHAY

                              By:   <u>s/ Daniel G. Shay</u>
                                      Daniel G. Shay, Esq.
                                      DanielShay@TCPAFDCPA.com
                                      Attorney for Plaintiffs

Notice of Voluntary Dismissal